Jason R. Naess, ISBN 8407
Assistant United States Trustee
Brett R. Cahoon, ISBN 8607
Andrew S. Jorgensen, ISBN 8695
United States Department of Justice
Office of the United States Trustee
720 Park Blvd, Ste. 220
Boise, Idaho 83712
(208) 334-1300
(208) 334-9756 [Facsimile]
ustp.region18.bs.ecf@usdoj.gov

Attorneys for the Acting United States Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MOUNTAIN WEST AG,<br><br>    Debtor. | Case No. 20-40856-JMM<br>Chapter 11 |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Christy L. Brandon
PO Box 1544
Bigfork, MT 59911
(406) 837-5445
christy@brandonlawfirm.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date:   November 5, 2020        GREGORY M. GARVIN
                                Acting United States Trustee, Region 18

                                By: */s/ Andrew Jorgensen*
                                ANDREW S. JORGENSEN
                                Trial Attorney
                                District of Idaho